JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ELLIS,<br><br>        Plaintiff(s),<br><br>        V.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, ET AL.,<br><br>        Defendant(s). | CASE NO. SACV 13-0116-DOC(RNBx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: March 18, 2013

                                                                 DAVID O. CARTER
                                                  United States District Judge